AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
DEC 18 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

2018 DEC 17 PM 2:05

| United States of America | ) |
|---|---|
| v. | ) |
| Robert Zander Seaton | ) Case No. |
| | ) |
| | ) CR 18 0604 |
| | ) |
| | ) |
| *Defendant* | |

CRB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Zander Seaton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspircy to distribute methamphetamine, in violation of 21 U.S.C. Section 846 and 841(a)(1) and (b)(1)(A).

Date: 12-14-18

*Issuing officer's signature*

City and state: San Francisco, California    Hon. Sallie Kim, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/17/18, and the person was arrested on *(date)* 12/18/18
at *(city and state)* Alexandria, Virginia.

Date: 12/18/18

*Arresting officer's signature*

Christina H. Moore, DUSM
*Printed name and title*

FOR DEA OF CALIFORNIA

1 | ALEX G. TSE (CABN 152348)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) CR 18-0604 |
| Plaintiff, | ) |
| v. | ) VIOLATION: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii) – Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine (Actual) |
| ROBERT ZANDER SEATON, | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

Beginning on a date unknown, but no later than April 2016, and continuing to April 16, 2018, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendant,

ROBERT ZANDER SEATON,

did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute

//

//

INFORMATION

1  fifty grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections
2  846 and 841(a)(1) and 841(b)(1)(A)(viii).
3
4  Dated: *November 30, 2018*
5
                                        ALEX G. TSE
                                        United States Attorney

                                        BARBARA J. VALLIERE
                                        Chief, Criminal Division

10  (Approved as to form: _/s/_ )
                          AUSA ARMBRUST

INFORMATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA V. Robert Zander Seation

**CR 18-0604 CRB** 

| | | | |
|---|---|---|---|
| This Case Under Seal? | Yes | No ✓ | |
| Total Number of Defendants: | 1 ✓ | 2-7 | 8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Sheila A. G. Armbrust

**Date Submitted:** 11/28/2018

**Comments:**

CR18-604CRB

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM | SAVE PDF